No. 97–5891. TRAWICK v. ALABAMA. Sup. Ct. Ala. Certiorari denied.

No. 97–5903. GREENE v. GEORGIA. Sup. Ct. Ga. Certiorari denied.

No. 97–5995. NORDE v. WARD ET AL. C. A. 2d Cir. Certiorari denied.

No. 97–6087. FORE v. DENNY'S INC. ET AL. C. A. 9th Cir. Certiorari denied.

No. 97–6088. PYLES ET VIR v. OCL MORTGAGE CORP. C. A. 11th Cir. Certiorari denied.

No. 97–6093. CHILDERS v. OHIO. Ct. App. Ohio, Franklin County. Certiorari denied.

No. 97–6104. JAMES v. FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 97–6113. ALI v. UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA. C. A. 9th Cir. Certiorari denied.

No. 97–6117. MATHIS v. CIAMBRONE ET AL. C. A. 7th Cir. Certiorari denied.

No. 97–6118. LONG v. OHIO. Ct. App. Ohio, Hamilton County. Certiorari denied.

No. 97–6125. HANSON v. PENNSYLVANIA. Sup. Ct. Pa. Certiorari denied.

No. 97–6128. RIVERA v. AROCHO. C. A. 11th Cir. Certiorari denied.

No. 97–6131. MAXWELL v. SAENZ ET AL. C. A. 6th Cir. Certiorari denied.

No. 97–6133. WHEELER LLOYD v. PRUDENTIAL INSURANCE COMPANY OF AMERICA ET AL. C. A. 2d Cir. Certiorari denied.

No. 97–6134. BARKER v. GOMEZ, DIRECTOR, CALIFORNIA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 9th Cir. Certiorari denied.